United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARRELL YOUNGERS, § | |
| § | |
| *Plaintiff,* § | |
| § | Civil Action No. |
| v. § | 4:25-cv-2573 |
| § | |
| SCOTT & ASSOCIATES, P.C., § | |
| and LVNV FUNDING, LLC, § | |
| § | |
| *Defendants.* § | |

### ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending are Plaintiff Darrell Youngers's Rule 12(f) Motions to Strike (Document Nos. 9 and 10) and Defendants Scott & Associates, P.C., and LVNV Funding's Responses to Plaintiff's Motions to Strike (Document Nos. 12 and 13). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Plaintiff's Motions to Strike be denied. The deadline for objections has passed, and no objection was filed.

After having made a *de novo* determination of the Motions to Strike, and responses, the Court finds that the opinion of the Magistrate Judge is correct and should be and hereby is accepted in its entirety.

Accordingly, it is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on October 24, 2025 (Document

No. 16), which is adopted in its entirety as the opinion of this Court, that Plaintiff Darrell Youngers's Motions to Strike (Document Nos. 9 and 10) are DENIED.

It is so ORDERED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 3rd day of December, 2025.

*Ewing Werlein, Jr.*
Ewing Werlein, Jr.
United States District Judge